UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA,<br><br>            Petitioner,<br><br>    v.<br><br>W. J. SULLIVAN,<br><br>            Respondent. | 1:09-cv—00488-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS (DOC. 28)<br><br>ORDER DISMISSING PETITIONER'S<br>MOTION FOR A RULING (DOC. 27)<br><br>ORDER DENYING THE PETITION FOR<br>WRIT OF HABEAS CORPUS (DOC. 1)<br>AND DECLINING TO ISSUE A<br>CERTIFICATE OF APPEALABILITY<br><br>ORDER DIRECTING THE CLERK TO<br>ENTER JUDGMENT FOR RESPONDENT |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On August 24, 2011, the Magistrate Judge filed findings and recommendations recommending that the petition for writ of habeas corpus be denied, Petitioner's motion for a ruling be dismissed as moot, judgment be entered for Respondent, and the Court decline to issue a certificate of appealability.  These findings

1

1  and recommendations were served on all parties on the same date.
2  The findings and recommendations advised that objections could be
3  filed within thirty days.  Although the period for filing
4  objections has passed, no party has filed objections.
5      In accordance with the provisions of 28 U.S.C. § 636
6  (b)(1)(C), this Court has conducted a *de novo* review of the case.
7  Having carefully reviewed the entire file, the Court finds that
8  the report and recommendations are supported by the record and
9  proper analysis.
10     Accordingly, it is ORDERED that:
11     1) The petition for writ of habeas corpus is DENIED; and
12     2) Petitioner's motion for a ruling is DENIED as moot; and
13     3) The Clerk is DIRECTED to enter judgment in favor of
14  Respondent; and
15     4) The Court DECLINES to issue a certificate of
16  appealability.
17  IT IS SO ORDERED.

Dated:   November 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE